To: clerk of court,
my name is Tommy Alexander 01717259 I am in the Harris County Jail as pretrail detainee incase No. 4:21-cv-02986 and case No. 4:21-cv-04188. I am notifying federal court that i am in imminent danger of serious physical injury to my health everyday there is bread or corn bread missing from my tray to where i am having dessiness weak and become sick because i am not geting enough to eat. I have file greivance on the matter and it was forward to mental health, is not proper procedures; security was attempting to follow out illegal operation order to force me into court 176 to operate on federal court close out befor state process due date March 1, 2023; commissioner eills was notifyed february 27, 2023 and security was stop from following out illegal orders to where security is placing physical injury to my health by taken portion of food off my trays i am receiving upset because they couldnt illegal operate for the court. I want the federal court to note that physical abuse is being carried out to my health i am not geting enough to eat i am

becoming sick, if anything is to happen to me death security on the second floor calls my death by taken food off my trays thats puting my health at risk. I seek relief from the abuse to my health.

Sincerly,
Tommy Alexander

PS  Note that security on the second floor is in federal court pleedings State didnt get a completion date D.O.S fear that they are going to lose there jobs even go to prison and this is why abuse to my health is being carried out security have followed out illegal operation orders for court 176.

United States Courts
Southern District of Texas
FILED
MAR 23 2023
Nathan Ochsner, Clerk of Court

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name Tommy Alejandes
SPN 01711239  Cell 2K-1
Street 1200 Baker St
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

7720831010 E001

United States Courts
Southern District of Texas
FILED
MAR 23 2023
Nathan Ochsner, Clerk of Court

P.O. Box 61010
Houston, Texas 77208

US POSTAGE ᵇʸPITNEY BOWES
ZIP 77002  $ 000.60⁰
02 4W
0000368784 MAR. 14. 2023